IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-CR-119-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HUANYU YAN,

    Defendant.

_____

**MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT**
_____

    Huanyu Lan, by and through undersigned counsel, hereby moves this court to exclude time from the Speedy Trial Act calculation and to vacate and reset all existing court dates and deadline. Mr. Lan states the following grounds.

1. Mr. Lan is similarly situated with co-defendant You Lan Xiang, who is Mr. Lan's wife.

2. Mr. Lan states the same grounds and arguments in favor of an exclusion of time from the Speedy Trial Act as those stated on co-defendant Xiang's *DEFENDANT'S MOTION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT* (Doc. 30) filed June 10, 2017, with the exception of those parts of the motion that pertain to Ms. Xiang's counsel's upcoming trial scheduled.

3. With respect to Mr. Lan, undersigned counsel has been on a previously scheduled vacation since June 5, 2019. Counsel will be back in the office on June 19, 2019, the date scheduled for hearing on this motion.

4. Discovery in this case was not available as of June 5th when counsel left for vacation. Counsel anticipates that the discovery has now been provided and will be awaiting him on return to the office. Counsel has been unable to review any discovery as of the date of this motion.

5. Counsel also has a state court sexual assault trial scheduled for July 9-12, 2019, which will command a great deal of counsel's available time and attention upon return to the office. While counsel intends to begin reviewing discovery as soon as possible upon his return, the amount of time available fort this task will be limited until approximately mid-July.

6. Undersigned counsel's schedule would not require a trial date as for out as February, 2020 as requested by co-defendant. However, in light of the anticipated difficulties around communication with the Mandarin-speaking clients and reviewing voluminous discovery potentially including discovery pertaining to the related indictments, undersigned counsel does not believe the request is unreasonable. Mr. Yan does not object to the relief requested by the co-defendant.

WHEREFORE, Mr. Yan respectfully requests that the Court exclude time from Speedy Trial as necessary, vacate and reset all current dates and deadlines, and schedule a new trial date after February 1, 2020.

Respectfully Submitted,

s/Thomas R. Ward

**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:   June 17, 2019

_____

### CERTIFICATE OF SERVICE

I hereby certify that on Monday, June 17, 2019, I electronically filed the foregoing **MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Kristin Miller
Kristin Miller