### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-CR-119-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HUANYU YAN,

    Defendant.

_____

### MOTION TO SUPPRESS
_____

    Huanyu Yan, by and through undersigned counsel, hereby moves this court to suppress all evidence seized by law enforcement during an unlawful search of his residence on October 10, 2018, and all evidence that is the fruit of the unlawful search.

    Mr. Yu seeks the same relief and states the same grounds as those set forth in co-defendant You Lan Xiang's Motion to Suppress (Doc. 39) filed September 19, 2019, and further informs the Court:

    1.    Mr. Yan is similarly situated to Ms. Xiang, who is his spouse.

    2.    Mr. Yan also resided in the home at 20050 Doane Drive which was the subject of the search.

    3.    The search warrant affidavit indicates that property records show that the home is owned by Mr. Yan and Ms. Xiang (SW ¶65).

4.     Mr. Yan moves the Court to suppress the same evidence, seized as the result of the same search pursuant to the same warrant and supported by the same affidavit, as that challenged in co-defendant Xiang's motion.

WHEREFORE, Mr. Yan respectfully moves the Court to suppress all evidence seized during the October 10, 2018 search of his residence.

.

Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:   September 26, 2019

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, September 26, 2019, I electronically filed the foregoing **MOTION TO SUPPRESS** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Thomas R. Ward
Thomas R. Ward